```
Copernico Mamerto, Pro se
C/o. 8485 Miguel Vista Pl.
San Diego, California state
[92114]
Non-domestic without US
```

FILED

2008 APR -9 PM 4: 35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ KNIK _____DEPUTY

# IN UNITED STATES DISTRICT COURT

## FOR THE _____SOUTHERN_____ DISTRICT OF CALIFORNIA
_____DIVISION

| | | |
|---|---|---|
| COPERNICO MAMERTO )<br>    Petitioner )<br> )<br> )<br>Vs. )<br> )<br> )<br>CITI RESIDENTIAL LENDING )<br>    Respondent )<br> )<br> )<br>SLS )<br>SPECIALIZED LOAN SERVICING, LLC )<br>    Co-Respondent ) | FEDERAL COURT<br>CASE NO.<br><br>08 CV 0589 H JMA | |

CR Title Svcs., Inc.-
Trustee

First
- **AMENDED COMPLAINT**

    This action alleges that Citi Residential Lending and Specialized Loan Servicing, LLC

are attempting to wrongfully undertake foreclosure proceedings at the property located at 8485

Miguel Vista Pl. San Diego, CA 92114.

Petitioner, Pro se    4-9-08

*Copernico Mamerto **lis pendens** - 1 -*

Copernico Mamerto, Pro se
C/o 8485 Miguel Vista Pl.
San Diego, California state
[92114]
Non-domestic without US

## IN UNITED STATES DISTRICT COURT

**FOR THE** ___*SOUTHERN*___ **DISTRICT OF CALIFORNIA**
_____**DIVISION**

## CERTIFICATE OF SERVICE

I, ___*COPERNICO S. MAMERTO*___ certify that this pleading was served by U.S.

Mail with adequate postage there upon the Respondent and Co-Respondent, Citi Residential

Lending and Specialized Loan Servicing, LLC, by mailing a true copy to the Trustee Sale

Officer address of record below as follows:

This _*9th*_ day of _*APRIL*_, 20_*08*_

_Petitioner, Pro se_

Trustee Sale Officer:
CR TITLE SERVICES, INC.
P.O. BOX 1500
RANCHO CUCAMONGA, CA 91729-1500
ATTN: JORGE JIMENEZ, TRUSTEE SALES OFFICER
T.S.# T07-32401-CA
LOAN# 0094408879