Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

COPERNICO S. MAMERTO
*Petitioner*

vs

CITI RESIDENTIAL LENDING
*Respondent*
SLS SPECIALIZED LOAN SERVICING, LLC
*Co-Respondent*
CR TITLE SERVICES, INC.
*Trustee*

FILED
2008 APR -9 PM 4:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH

**SUMMONS IN A CIVIL ACTION**
Case No. *1st Amended Complaint*
08 CV 0589 H JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

COPERNICO S. MAMERTO
8485 MIGUEL VISTA PL
SAN DIEGO, CA 92114-7433

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. HAMMERLY
CLERK

APR 0 9 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)