# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>    Plaintiff,<br><br>vs.<br><br>CITI RESIDENTIAL LENDING and SPECIALIZED LOAN SERVICING, LLC,<br><br>    Defendant. | CASE NO. 08-CV-0589-H (JMA)<br><br>ORDER TO SHOW CAUSE WHY THE COURT HAS SUBJECT MATTER JURISDICTION |

On April 9, 2008, Plaintiff, proceeding pro se, filed a First Amended Complaint alleging that Defendants "are attempting to wrongfully undertake foreclosure proceedings" at a specified address. Federal Rule of Civil Procedure 8(a)(1) requires that a complaint contain "a short and plain statement of the grounds for the court's jurisdiction . . . ." The First Amended Complaint lacks any statement of jurisdiction. Plaintiff also submitted a proposed order, entitled "Notice of Federal Lis Pendens," which refers to 12 U.S.C. § 3752. That section defines certain terms in the context of a chapter setting procedures for foreclosure by the Secretary of Housing and Urban Development. See 12 U.S.C. § 3751 *et seq*. It does not provide a basis for subject matter jurisdiction.

/ / /

/ / /

1  Accordingly, the Court orders Plaintiff to show cause why the Court has subject
2  matter jurisdiction.  Plaintiff shall file a response to this order on or before **May 2,**
3  **2008**.  If Plaintiff fails to respond or to show cause by that date, the Court may dismiss
4  the case without prejudice for lack of subject matter jurisdiction.
5  IT IS SO ORDERED.
6  DATED: April 10, 2008

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.