Copernico Mamerto, Pro se
8485 Miguel Vista Place
San Diego, CA 92114

FILED
2008 APR 22 PM 12:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPERNICO MAMERTO, ) | |
| Plaintiff, ) | |
| Vs. ) | CASE NO. 08-CV 0589 H JMA |
| CITIRESIDENTIAL LENDING, ) | |
| Defendant. ) | |
| SPECIALIZED LOAN SERVICING, LLC, ) | |
| Co-Defendant. ) | |

**VERIFIED RESPONSE TO ORDER TO SHOW CAUSE, MOTION FOR LEAVE TO AMEND <u>AND EMERGENCY MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER</u>**

COMES NOW the Plaintiff, COPERNICO MAMERTO, pro-se, and files this his response to the Court's Order to Show Cause Why The Court has Subject Matter Jurisdiction, and further moves this Honorable Court for the entry of an Ex Parte Temporary Restraining Order to enjoin the foreclosure sale of the subject property, and

as grounds therefore would state as follows:

1.

Plaintiff filed a First Amended Complaint on April 9, 2008 alleging that the named Defendants "are attempting to wrongfully undertake foreclosure proceedings" at a specified address, at 8485 Miguel Vista Place, San Diego, CA 92114. On April 10, 2008 this Honorable Court entered an Order directing the Plaintiff to show cause why the Court has subject matter jurisdiction. This response is filed as a result.

2.

Although in-artfully pled, Plaintiff's cause of action is that the Defendants were "wrongfully" foreclosing on his property. The basis of Plaintiff's complaint is that the Defendants violated the laws regarding Truth in Lending, failed to make certain required disclosures, and engaged in other wrongful conduct, including but not necessarily limited to predatory lending practices, violations of the Real Estate Settlement and Procedures Act (RESPA), Deceptive and Unfair trade and lending practices and other violations of Federal and state law.

3.

This Court has jurisdiction over Plaintiff's claims pursuant to the Truth in

Lending Act, 15 USC section 1601 et. seq. 15 USC section 1635 provides for a right of rescission of any subject loan transaction which led to the "wrongful foreclosure" and 15 USC 1640 provides for civil liability. Further, this court has jurisdiction pursuant to numerous Federal consumer protection statutes, including the Consumer Protection Act, the Real Estate Settlement and Procedures Act (RESPA), Fair Debt Collection Practices Act, Federal Trade Commission Act for Deceptive and Unfair trade practices, etc. This Court also has pendent jurisdiction over any and all state law claims.

4.

Plaintiff moves this Honorable Court for leave to file a second Amended Complaint to more fully set forth the specific subject matter jurisdiction over Plaintiff's claims and to more fully and directly plead the facts of this case.

5.

Plaintiff further moves this Honorable Court Ex Parte for a Temporary Restraining Order enjoining and restraining the named Defendants from selling the Subject property at a non-judicial foreclosure sale, scheduled for April 23, 2008.

Plaintiff will suffer irreparable injury if the foreclosure sale is not enjoined until Plaintiff has a fair and adequate opportunity to have his claims heard. Plaintiff may well have the

right to rescind the subject mortgage loan transaction. 15 USC 1635 (f) provides for a

three (3) year limitation. Further, the Court cannot adequately determine at this point,

until Plaintiff files his Amended Complaint, the likelihood of Plaintiff prevailing on

the merits of his claims.

6.

In an abundance of caution and based upon legal and equitable considerations,

this Court should enter a Preliminary Temporary Restraining Order to enjoin the

scheduled foreclosure sale to allow Plaintiff and Defendants to set forth their respective

claims.

7.

This motion is filed on an emergency basis in that if the foreclosure sale goes

forward on April 23, 2008, that Plaintiff will lose the property, possession of the property

and all of his equity in the property even if his claims are meritorious. Plaintiff requests

that the Court grant a Preliminary Temporary Restraining Order without bond, as

Plaintiff is unable to provide a bond of any kind or type.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grant to him

the following relief:

8.

Accept his response to the Order to show cause and

9.

Grant Plaintiff's Motion for leave to amend and allow Plaintiff time to submit a

second amended complaint to further state the Court's jurisdiction and Plaintiff's claims

and

10.

Enter a Preliminary Temporary Restraining Order enjoining and restraining the

scheduled foreclosure non-judicial sale of the subject property on April 23, 2008.

11.

Grant the Preliminary Restraining Order without bond.

12.

Grant such other and further relief as the Court deems equitable, appropriate and

just.

**VERIFICATION**

Before me the undersigned authority duly authorized to administer oaths, personally

appeared Copernico Mamerto, Plaintiff/Affiant, who, after being duly sworn, deposes and says that he has read the foregoing Verified Response to Order to show cause, Motion for leave to amend and emergency Motion for Ex Parte Temporary Restraining Order, and that, under the penalty of perjury, that the facts and allegations contained therein are true and correct.

*[signature]*
_____
Copernico Mamerto, Plaintiff/Affiant