# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| COPERNICO MAMERTO,<br><br>              Plaintiff,<br><br>  vs.<br><br>CITI RESIDENTIAL LENDING and SPECIALIZED LOAN SERVICING, LLC,<br><br>              Defendants. | CASE NO. 08-CV-0589-H (JMA)<br><br>ORDER GRANTING LEAVE TO AMEND |
|---|---|

    On April 9, 2008, Plaintiff filed a pro se First Amended Complaint ("FAC") which did not contain a statement of grounds for the Court's jurisdiction. (Doc. No. 3.) On April 10, 2008, the Court issued an order to show cause why the Court has subject matter jurisdiction. (Doc. No. 5.) On April 22, 2008, Plaintiff responded to the order to show cause. Based on Plaintiff's response, the Court will permit Plaintiff to file a Second Amended Complaint on or before **May 23, 2008**.

    IT IS SO ORDERED.

DATED: April 23, 2008

                                                MARILYN L. HUFF, District Judge<br>
                                                UNITED STATES DISTRICT COURT

COPIES TO:<br>
All parties of record.