```
 1  Alan I. White, Esq. (SBN 49858)
    LAW OFFICES OF ALAN I. WHITE
 2  20281 SW Birch Street, Suite 100
    Newport Beach, CA 92660
 3  Telephone: (949) 752-9001
    Facsimile: (949) 752-9007
 4
    Attorneys for Respondent
 5  SPECIALIZED LOAN SERVICING, LLC
```

```
                FILED
          08 MAY -8 AM 10: 24
          CLERK, U.S. DISTRICT COURT
          SOUTHERN DISTRICT OF CALIFORNIA

          BY: ECL        DEPUTY
              NUNC PRO TUNC
              MAY 6 2008
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>Petitioner,<br><br>vs.<br><br>CITI RESIDENTIAL LENDING<br><br>Respondent<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>Respondent. | Case No. 08 CV 0589 HJMA<br><br>Case Assigned to:<br>Hon. Marilyn L. Huff<br><br>NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Hearing Date: June 9, 2008<br>Time: 10:30 a.m.<br>Courtroom: 13<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that a hearing on Defendant Specialized Loan Services, Inc. ("SLS") motion to dismiss plaintiff's first amended complaint will be held on June 9, 2008 at 10:30 am, in courtroom number 13 of the above entitled court. At said time, SLS will move the court to dismiss the first amended complaint, and each claim therein, pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(1) and 12(b)(6).

The motion will be based on this notice of motion, the accompanying motion and memorandum of points and authorities in support thereof, as well as all

LAW OFFICES OF
ALAN I. WHITE

NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT
SPECIALIZED LOAN SERVICES RULE 12(b)(6) MOTION

08-CV 0589 HJMA

ORIGINAL

05/06/2008 13:51  #941 P.003/006

1 | pleadings papers and documents filed in this action.

## MOTION TO DISMISS

Defendant, Specialized Loan Servicing, LLC, hereby moves the court to dismiss the plaintiff's complaint on the grounds that the complaint fails to state a claim and the complaint fails to allege that the federal court has subject matter jurisdiction. This motion will be made under *Federal Rules of Civil Procedure Rules* 12(b)(1) and 12(b)(6).

This motion will be based upon the notice, this motion, and the accompanying memorandum of points and authorities as well as all pleadings and papers on file herein.

Dated: May 6, 2008

Respectfully submitted,

By: _____
Alan I. White

Attorneys for Respondent
Specialized Loan Servicing, LLC

Law Offices of
Alan I. White

2

NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT
SPECIALIZED LOAN SERVICES RULE 12(b)(6) MOTION

08-CV 0589 HJMA

From:                05/06/2008 13:52     #941 P.004/006

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Plaintiff's first amended complaint alleges one sentence:

"This action alleges that Citi Residential Lending and Specialized Loan Servicing, LLC are attempting to wrongfully undertake foreclosure proceedings at the property located at 8485 Miguel Vista Pl. Can Diego, CA 92114."

It is quite clear that the plaintiff fails to allege any facts that come close to allege a claim against defendant Specialized Loan Servicing, LLC. Rule 12(b)(6). Further, the plaintiff fails to allege any federal jurisdiction. Rule 12(b)(1).

The first amended complaint should be dismissed.

Dated: May 6, 2008

Respectfully submitted,

By: _____
Alan I. White

Attorneys for Respondent
Specialized Loan Servicing, LLC

LAW OFFICES OF
ALAN I. WHITE

3
NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT SPECIALIZED LOAN SERVICES RULE 12(b)(6) MOTION

08-CV 0589 HJMA

# PROOF OF SERVICE

I, the undersigned, declare as follow:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20281 S.W. Birch Street, Suite 100, Newport Beach, California 92660.

On May 6, 2008, I served the forgoing document(s) described as: **NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action as stated below:

Copernico Memerto; *pro se*
c/o 8485 Miguel Vista Place
San Diego, CA 92114

[X] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Newport Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 6, 2008, at Newport Beach, California.

\_\_\_\_Maureen L. Ryan\_\_\_\_          *(Signature)*
(Type or print name)

1