1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   COPERNICO MAMERTO,                        CASE NO. 08-CV-0589-H
                                               (JMA)
12                            Plaintiff,
                                               ORDER REGARDING
13        vs.                                  MOTION TO DISMISS FIRST
                                               AMENDED COMPLAINT
     CITI RESIDENTIAL LENDING and
14   SPECIALIZED LOAN SERVICING,
     LLC,
15
                              Defendants.
16

17         On April 9, 2008, Plaintiff filed a First Amended Complaint ("FAC").  (Doc.

18   No. 3.)  On April 10, 2008, the Court issued a sua sponte order to show cause why the

19   Court has subject matter jurisdiction.  (Doc. No. 5.)  Plaintiff responded to the Court's

20   order on April 22, 2008, and requested leave to file a second amended complaint.  (Doc.

21   No. 6.)  Based on this response, the Court granted Plaintiff until May 23, 2008 to file

22   a second amended complaint.  (Doc. No. 8.)  At this time, Plaintiff has not yet filed an

23   amended complaint.  On May 6, 2008, defendant Specialized Loan Servicing, LLC,

24   filed a motion to dismiss to the FAC, raising grounds including the Court's concern

25   over jurisdiction.  (Doc. No. 9.)  The Court enters this order to clarify the procedure for

26   the motion to dismiss.

27         As the motion to dismiss the FAC may be rendered moot by the filing of a second

28   amended complaint, the Court vacates the current hearing date for this motion.  The

1 parties shall not file briefs on the motion to dismiss the FAC unless requested by

2 subsequent order of the Court.  If Plaintiff files a second amended complaint, the

3 Court's tentative ruling is to deny the motion to dismiss the FAC as moot.  If Plaintiff

4 does not file a second amended complaint, the Court's tentative ruling is to grant the

5 motion to dismiss based on lack of subject matter jurisdiction, as already indicated by

6 the Court's order to show cause.  (See Doc. No. 5.)  Plaintiff continues to have until

7 **May 23, 2008** to file a second amended complaint.

8        IT IS SO ORDERED.

9 DATED:  May 8, 2008

10

_____

11 MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

12 COPIES TO:
All parties of record.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -                                    08cv589