

Copernico S. Mamerto, Pro Se
8485 Miguel Vista Place
San Diego, California 92114
619) 472-9924

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC

MAY 2 2 2008

| | |
|---|---|
| COPERNICO S. MAMERTO, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 08-CV-0589 HJMA |
| Vs. ) | |
| CITIRESIDENTIAL LENDING, and, ) | |
| SPECIALIZED LOAN SERVICES, ) | **SECOND AMENDED** |
| LLC, ) | **MOTION FOR EX PARTE** |
| Defendants. ) | **TEMPORARY RESTRAINING** |
| ) | **ORDER** |

SECOND AMENDED

MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

1.

Plaintiff further move this Honorable Court Ex Parte for a Temporary Restraining Order enjoining and restraining the named Defendants from filing a wrongful detainer action or applying for a writ of possession for the subject property or otherwise pursuing a judicial or non-judicial adverse action against plaintiff regarding the subject property.

2.

Plaintiff will suffer irreparable injury if the unlawful detainer or writ of possession is not enjoined until plaintiff

has a fair and adequate opportunity to have their claims heard. Plaintiffs may well have the right to rescind the subject mortgage loan transaction. 15 USC 1635 (f) provides for a three (3) year limitation. Further, it is likely that plaintiff will prevail on his claims of truth in lending violations as the potential violations are numerous, as more fully and particularly set forth in Plaintiff's Complaint.

3.

In an abundance of caution and based upon legal and equitable considerations, this Court should enter a Preliminary Temporary Restraining Order to enjoin any unlawful detainer or writ of possession to allow Plaintiff and Defendants to set forth their respective claims.

4.

This motion is filed on an emergency basis in that if the unlawful detainer or writ of possession goes forward, that Plaintiff will lose the property, possession of the property and all of his equity in the property even if his claims are meritorious. Plaintiffs request that the Court grant a Preliminary Temporary Restraining Order without bond, as plaintiffs are unable to provide a bond of any kind or type.

5.

When the potential harm to the plaintiff is balanced against the rights of the defendants, greater injury will be inflicted upon plaintiff in the loss of his home than upon defendants. Serious questions are raised and the balance of hardship tips in the favor of Plaintiff, his hardship being

greater, while the hardship on Defendants is lesser. Since the probability of success on Plaintiff's claim is likely and his hardship is greater, this Court should grant the Temporary Restraining Order.

6.

The public interest will be served by allowing plaintiff to remain in the home, preventing him from becoming homeless.

7.

Plaintiff has given notice of these proceedings to both Defendants and this request for a temporary restraining Order as evidenced by the certificate of service which accompanies this request.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant to him the following relief:

8.

Accept jurisdiction over the parties and the subject matter of this cause, and

9.

Enter a Preliminary Temporary Restraining Order enjoining and restraining any wrongful detainer action or writ of possession, and

10.

Grant the Preliminary Restraining Order without bond.

11.

Grant such other and further relief as the Court deems equitable, appropriate and just.

**VERIFICATION**

1 | I verify, under the penalty of perjury, that I have read the
2 | foregoing Second Amended Motion for Temporary Restraining Order
3 | and that the facts and allegations contained therein are true
4 | and correct.

_____
Copernico S. Mamerto, Plaintiff
Pro Se
8485 Miguel Vista Place
San Diego, CA 92114
(619) 917-4053

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Second Amended Verified Complaint and Motion for Temporary Restraining Order has been furnished by USPS mail, Return Receipt Requested, to Defendant CITI RESIDENTIAL LENDING at 505 City Parkway West, Orange, CA 92868 and to Defendant SPECIALIZED LOAN SERVICING, LLC c/o Alan I. White, Esquire attorney for Defendant at 20281 SW Birch Street, Suite 100, Newport, CA 92660 this 22 day of May, 2008.

*[Signature] 5-22-08*
_____
Copernico S. Mamerto, Plaintiff
Pro Se