MILES, BAUER, BERGSTROM & WINTERS, LLP
Tami S. Crosby, SBN 129021
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
714-481-8355
714-481-9152 Facsimile

Specially Appearing as Attorneys for Defendant
CITI RESIDENTIAL LENDING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>    Plaintiff,<br><br>v.<br><br>CITI RESIDENTIAL LENDING and<br>SPECIALIZED LOAN SERVICING, LLC,<br><br>    Defendant. | Case No: 08-CV-0589-H-JMA<br><br>DEFENDANT CITI RESIDENTIAL LENDING'S SPECIAL APPEARANCE FOR THE PURPOSE OF FILING OPPOSITION TO PLAINTIFF'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER<br><br>Date: June 16, 2008<br>Time: 10:30 a.m.<br>Dept.: H |

Defendant CITI RESIDENTIAL LENDING, INC., sued herein as CITI RESIDENTIAL LENDING (hereinafter "CITI RESIDENTIAL"), hereby specially appears for the purpose of submitting the following opposition to Plaintiff COPERNICO MAMERTO's ("MAMERTO"), Second Amended Motion for Ex Parte Temporary Restraining Order, currently set for hearing on June 16, 2008, in Department H of the above entitled court. CITI RESIDENTIAL is specially appearing here, as it has yet to be served with MAMERTO's Second Amended Verified Complaint in this action.

                                    Miles, Bauer, Bergstrom & Winters, LLP

Dated: June 2, 2008        By:    /s/ Tami S. Crosby
                                                Tami S. Crosby
                                                Specially Appearing as Attorneys for
                                                CITI RESIDENTIAL LENDING, INC.