MILES, BAUER, BERGSTROM & WINTERS, LLP
Tami S. Crosby, SBN 129021
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
714-481-8355
714-481-9152 Facsimile

Specially Appearing as Attorneys for Defendant
CITI RESIDENTIAL LENDING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>        Plaintiff,<br>v.<br><br>CITI RESIDENTIAL LENDING and<br>SPECIALIZED LOAN SERVICING, LLC,<br><br>        Defendant. | Case No: 08-CV-0589-H-JMA<br><br>**DECLARATION OF TAMI S. CROSBY IN SUPPORT OF DEFENDANT CITI RESIDENTIAL LENDING'S SPECIAL APPEARANCE FOR THE PURPOSE OF FILING OPPOSITION TO PLAINTIFF'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER**<br><br>Date: June 16, 2008<br>Time: 10:30 a.m.<br>Dept.: H |

DECLARATION OF TAMI S. CROSBY

I, Tami S. Crosby, declare as follows:

1. I am an attorney, duly licensed to practice before the United States District Court, Southern District of California. I am an associate with Miles, Bauer, Bergstrom & Winters, LLP; attorneys of record for Defendant CITI RESIDENTIAL LENDING, INC., named in this action as CITI RESIDENTIAL LENDING, (hereinafter, "CITI RESIDENTIAL").

2. As attorneys of record for CITI RESIDENTIAL, our firm and CITI RESIDENTIAL are

1. hereby specially appearing in this action.

2. 3. I make this declaration in support of CITI RESIDENTIAL's OPPOSITION TO PLAINTIFF'S 2ND AMENDED MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER. The facts recited herein, are of my own knowledge, and if called as a witness I could and would competently testify thereto.

3. 4. From on or about October 6, 2007, CITI RESIDENTIAL has been and continues to be the Servicer and Attorney-in-Fact for Argent Mortgage Company LLC ("Argent Mortgage") pursuant to a Limited Power of Attorney between CITI RESIDENTIAL and Argent Mortgage, as executed by Argent Mortgage on October 6, 2007. A true and correct copy of that Limited Power of Attorney is attached hereto, as Exhibit 1.

4. 5. I have been personally advised by my client that the plaintiff herein COPERNICO MAMERTO ("MAMERTO") defaulted on the mortgage loan secured by Deed of Trust which MAMERTO executed as the borrower, and which names ARGENT MORTGAGE COMPANY, LLC as the lender, having been recorded with the San Diego County Recorder's office on May 24, 2006 as Instrument No. 2006-0135047 (hereinafter the "Deed of Trust") and recorded against that real property commonly described as 8485 Miguel Vista Place, San Diego, CA 92114 (the "subject property") in August, 2007.

5. 6. I have also personally been advised by my client that MAMERTO has not made any payment on the Deed of Trust since August, 2007.

6. 7. My client has personally advised me that at their specific request, the Foreclosure Trustee, CR Title Services Inc., recorded a Notice of Default and Election to Sell Under Deed of Trust on January 2, 2008 with the San Diego County Recorder's office as Instrument No. 2008-0000379. (RJN, Ex. 1.). The Notice of Default and Election to Sell Under Deed of Trust demonstrates that as of December 31, 2007, MAMERTO's mortgage loan was in default in the amount of $12,648.48 and that amount continues to grow with each month that MAMERTO fails to pay on the Deed of Trust.

7. 8. Thereafter, on April 7, 2008, a Notice of Trustee's Sale was recorded with the San Diego County Recorder's office as Instrument No. 2008-0180799. (RJN, Ex. 2.)

8. 9. Neither this firm nor my client CITI RESIDENTIAL was provided with notice of the hearing

- 3 -

1  on MAMERTO's 2nd Amended Motion for Ex Parte Restraining Order ("Motion").

2  10. Further, neither this firm nor CITI RESIDENTIAL has been served with either the Second
3  Amended Complaint or any of the documents pertaining to MAMERTO's 2nd Amended Motion for Ex
4  Parte Temporary Restraining Order.

5  11. It was not until this declarant reviewed this Court's "on-line" docket on May 28, 2008, that it
6  was determined that MAMERTO had filed such documents with the court and that any opposition to
7  the Motion must be filed with the court by June 2, 2008.

8  I declare under penalty of perjury under the laws of the United States, that the foregoing is true
9  and correct.

11  Dated: June 2, 2008

/s/ Tami S. Crosby
Tami S. Crosby
Specially Appearing as Attorneys for
CITI RESIDENTIAL LENDING, INC.

# EXHIBIT 1

After the recording, please mail to the attention of:
Tamara Price, Assistant Foreclosure Manager
Citi Residential Lending Inc.
1    1 E. 6th Street
R..…ho Cucamonga, CA 91730-5977

# LIMITED POWER OF ATTORNEY

KNOWN ALL MEN BY THESE PREMISES:

That Argent Mortgage Company L.L.C, a Delaware limited liability company ("Argent Mortgage") and having an office located at 1100 Town & Country Road, Ste 1100, Orange, California 92868, hath made constituted and appointed, and does by these presents make, constitute and appoint Citi Residential Lending Inc., ("Servicer") a corporation organized and existing under the laws of the State of Delaware, its true and lawful Attorney-in Fact, with full power and authority to sign, execute, acknowledge, deliver, file for record, and record any instrument on its behalf and to perform such other act or acts as may be customarily and reasonably necessary and appropriate to effectuate the following enumerated transactions in respect of any of the mortgages or deeds of trust (the "Mortgages" and "Deeds of Trust", respectively) and promissory notes secured thereby (the "Mortgage Notes").

This Appointment shall apply only to the following enumerated transactions and nothing herein or in the Agreements shall be construed to the contrary:

1. The modification or re-recording of a Mortgage or Deed of Trust, where said modification or re-recording is solely for the purpose of correcting the Mortgage or Deed of Trust to conform same to the original intent of the parties thereto or to correct title errors discovered after such title insurance was issued; provided that (i) said modification or re-recording, in either instance, does not adversely affect the lien of the Mortgage or Deed of Trust as insured and (ii) otherwise conforms to the provisions of the Agreement.

2. The subordination of the lien of a Mortgage or Deed of Trust to an easement in favor of a public utility company of a government agency or unit with powers of eminent domain; this section shall include, without limitation, the execution of partial satisfactions/releases, partial reconveyances or the execution or requests to Argent Mortgage to accomplish same.

3. The conveyance of the properties to the mortgage insurer, or the closing of the title to the property to be acquired as real estate owned, or conveyance of title to real estate owned.

4. The completion of loan assumption agreements.

5. The full satisfaction/release of a Mortgage or Deed of Trust or full conveyance upon payment and discharge of all sums secured thereby, including, without limitation, cancellation of the related Mortgage Note.

6. The assignment of any Mortgage or Deed of Trust and the related Mortgage Note, in connection with the repurchase of the mortgage loan secured and evidenced thereby.

7. The full assignment of a Mortgage or Deed of Trust upon payment and discharge of all sums secured thereby in conjunction with the refinancing thereof, including, without limitation, the assignment of the related Mortgage Note.

8. With respect to a Mortgage or Deed of Trust, the foreclosure, the taking of a deed in lieu of foreclosure, or the completion of judicial or non-judicial foreclosure or termination, cancellation or rescission of any such foreclosure, including, without limitation, any and all of the following acts:

   a. the substitution of Trustee or Beneficiary(s) serving under a Deed of Trust, in accordance with state law and the Deed of Trust;

   b. the preparation and issuance of statements of breach or non-performance;

   c. the preparation and filing of notices of default and/or notices of sale;

   d. the cancellation/rescission of notices of default and/or notices of sale;

   e. the taking of deed in lieu of foreclosure; and

   f. the preparation and execution of such other documents and performance of such other actions as may be necessary under the terms of the Mortgage, Deed of Trust or state law to expeditiously complete said transactions in paragraphs 8.a. through 8.e. above.

9. With respect to the sale of property acquired through a foreclosure or deed-in lieu of foreclosure, including, without limitation, the execution of the following documentation:

   a. listing agreements;

   b. purchase and sale agreements;

   c. grant/warranty/quit claim deeds or any other deed causing the transfer of title of the property to a party contracted to purchase same;

IN WITNESS WHEREOF, Argent Mortgage Company LLC has caused its corporate seal to be hereto affixed and these presents to be signed and acknowledged in its name and behalf by a duly elected and authorized signatory this 10th day of October 2007.

Argent Mortgage Company LLC

By: /s/ Eileen Rubens
Name: Eileen Rubens
Title: Vice President

WITNESSES:

_____
Maria Barajas

_____
Raymond Rojas

STATE OF CALIFORNIA   )
                      ) SS.:
COUNTY OF ORANGE      )

On the 6th day of **October 2007**, before me, **C. Takahashi**, personally appeared **Eileen Rubens**, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity of **Argent Mortgage Company LLC**, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
Notary Public

C. TAKAHASHI
COMM. # 1754916
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. JULY 2, 2011

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1665 Scenic Avenue, Suite 200, Costa Mesa, California 92626-9804.

On 6/2/08, I caused to be personally served a copy of the following document(s):

- **DECLARATION OF TAMI S. CROSBY IN SUPPORT OF DEFENDANT CITI RESIDENTIAL LENDING'S SPECIAL APPEARANCE FOR THE PURPOSE OF FILING OPPOSITION TO PLAINTIFF'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER**

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

Copernico S. Mamerto, Pro se,  
8485 Miguel Vista Place  
San Diego, California 92114  
619) 472-9924  

(Plaintiff, pro se)

Alan I. White, Esq.  
20281 SW Birch Street, Suite 100  
Newport Beach, 92660  

(Counsel for Defendant Specialized Loan Servicing)

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 6/2/08, at Costa Mesa, California.

/s/ Marion Pineda  
Marion Pineda