MILES, BAUER, BERGSTROM & WINTERS, LLP
Tami S. Crosby, SBN 129021
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
714-481-8355
714-481-9152 Facsimile

Specially Appearing as Attorneys for Defendant
CITI RESIDENTIAL LENDING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>　　　Plaintiff,<br>　v.<br><br>CITI RESIDENTIAL LENDING and<br>SPECIALIZED LOAN SERVICING, LLC,<br><br>　　　Defendant.<br>_____ | Case No:  08-CV-0589-H-JMA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIALLY APPEARING DEFENDANT CITI RESIDENTIAL LENDING'S OPPOSITION TO PLAINTIFF'S 2ND AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date: June 16, 2008<br>Time: 10:30 a.m.<br>Dept.: H |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, in conjunction with the Opposition and pursuant to Federal Rules of Evidence, Rule 201, Defendant CITI RESIDENTIAL LENDING, INC., named herein as CITI RESIDENTIAL LENDING, respectfully requests that this Court take judicial notice of the following documents which are attached hereto under the following exhibits numbers:

1. Notice of Default and Election to Sell Under Deed of Trust, recorded on January 2, 2008 with the San Diego County Recorder's office as Instrument No. 2008-00003792.

2. Notice of Trustee's Sale, recorded on April 7, 2008 with the San Diego County Recorder's office as Instrument No. 2008-0180799.

Judicial notice of the foregoing is appropriate because their contents and authenticity cannot reasonably be disputed. Under Federal Rule of Evidence 201 (b), judicial notice is proper for facts that are capable of accurate and ready determination by resorting to sources whose accuracy cannot be reasonably questioned. Matters that are appropriate for judicial notice include matters of public record. See, *Mack v. South Bay Beer Distributors*, Inc., 798 F.2d 1279, 1282 (9th Cir. 1986). When a party has requested judicial notice and supplied the court with the necessary information, judicial notice is mandatory. (Federal Rule of Evidence 201 (d).)

Accordingly, Defendants CITI RESIDENTIAL LENDING, INC. requests that this Court take judicial notice of the foregoing publicly recorded documents.

Respectfully Submitted,

Miles, Bauer, Bergstrom & Winters, LLP

Dated: June 2, 2008         By:   /s/ Tami S. Crosby
                                  Tami S. Crosby
                                  Specially Appearing as Attorneys for
                                  CITI RESIDENTIAL LENDING, INC.

# EXHIBIT 1

DOC # 2008-0000379



JAN 02, 2008    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:       15.00
                        DA:       1
PAGES:       3

RECORDING REQUESTED BY:
*RECORDING REQUESTED BY:*
FIDELITY NATIONAL TITLE

WHEN RECORDED MAIL TO:
CR Title Services Inc.
P.O. Box 1500
Rancho Cucamonga, CA 91729-1500

TS No.: T07-32401-CA
Loan No.: 0094408879

**NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST**

**IMPORTANT NOTICE**

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,**
and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $12,648.48 as of 12-31-2007, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-W4
C/O CITI RESIDENTIAL LENDING INC., AS ATTORNEY IN FACT
ATTN: FORECLOSURE DEPARTMENT

purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

**2007**

TS No.: T07-32401-CA
Loan No.: 0094408879

### NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

P.O. Box 1500
Rancho Cucamonga, CA 91729-1500
Phone: 714-634-2474 REINSTATEMENT LINE 714-634-2474 EXT 38145

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That CR Title Services Inc. is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 02-15-2006, executed by COPERNICO S. MAMERTO AND MERCEDITA L. MAMERTO, HUSBAND AND WIFE, AS JOINT TENANTS., as Trustor, to secure certain obligations in favor of ARGENT MORTGAGE COMPANY,LLC.,, as beneficiary, recorded 02-27-2006, as Instrument No. 2006-0135047, in Book , Page , of Official Records in the Office of the Recorder of SAN DIEGO County, California describing land therein as: AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

including 1 NOTE(S) FOR THE ORIGINAL sum of $408,000.00, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

    INSTALLMENT OF INTEREST ONLY PAYMENTS PLUS IMPOUNDS IF APPLICABLE AND/OR ADVANCES DUE WHICH BECAME DUE ON 09/01/2007 PLUS LATE CHARGES IF ANY, AND ALL SUBSEQUENT INSTALLMENTS OF INTEREST PLUS ADVANCES AND LATE CHARGES THAT BECOME PAYABLE.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: 12-31-2007

CR Title Services Inc. by FIDELITY NATIONAL TITLE INSURANCE CO., AS AGENT

BY: _____
MERRLYN AGUAS

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational

# EXHIBIT 2

**Default Division**

RECORDING REQUESTED BY:
HALL SERVICE
RECORDING REQUESTED BY
CR Title Services Inc.

AND WHEN RECORDED MAIL TO:
CR Title Services Inc.
P.O. Box 1500
Rancho Cucamonga, CA 91729-1500

930

M719812

DOC #   2008-0180799

APR 07, 2008    8:00 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        12.00

PAGES:    2



SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. No. T07-32401-CA
Loan No. 0094408879

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 02-15-2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Trustor: **COPERNICO S. MAMERTO AND MERCEDITA L. MAMERTO, HUSBAND AND WIFE, AS JOINT TENANTS.**
Duly Appointed Trustee: **CR Title Services Inc.**
Recorded 02-27-2006 as Instrument No. 2006-0135047 in book , page  of Official Records in the office of the Recorder of SAN DIEGO County, California,
Date of Sale: 04-23-2008 at 10:00 AM
Place of Sale:    **AT THE SOUTH ENTRANCE TO THE COUNTY COURTHOUSE, 220 WEST BROADWAY, SAN DIEGO, CALIFORNIA**
Amount of unpaid balance and other charges: **$429,666.88**
Street Address or other common designation of real property:    **8485 MIGUEL VISTA PLACE
SAN DIEGO, CA 92114**

A.P.N.: **583-780-38**
The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale. The Trustee shall incur no liability for any good faith error in stating the proper amount of unpaid balances and charges.

For Sales Information please contact AGENCY SALES AND POSTING at WWW.FIDELITYASAP.COM or 714-259-7850

**REINSTATEMENT LINE: 888-485-9191**

**931**

Date: 04-03-2008

CR Title Services Inc.
P.O. Box 1500
Rancho Cucamonga, CA 91729-1500
888-485-9191

*[signature]*

JORGE JIMENEZ, TRUSTEE SALES OFFICER

**Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.**

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1665 Scenic Avenue, Suite 200, Costa Mesa, California 92626-9804.

On 6/2/08, I caused to be personally served a copy of the following document(s):

- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIALLY APPEARING DEFENDANT CITI RESIDENTIAL LENDING'S OPPOSITION TO PLAINTIFF'S 2ND AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER**
- 

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

Copernico S. Mamerto, Pro se,   Alan I. White, Esq.
8485 Miguel Vista Place          20281 SW Birch Street, Suite 100
San Diego, California 92114      Newport Beach, 92660
619) 472-9924

(Counsel for Defendant Specialized Loan Servicing)

(Plaintiff, pro se)

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 6/2/08, at Costa Mesa, California,

/s/ Marion Pineda
Marion Pineda