MILES, BAUER, BERGSTROM & WINTERS, LLP
Tami S. Crosby, SBN 129021
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
714-481-8355
714-481-9152 Facsimile

Specially Appearing as Attorneys for Defendant
CITI RESIDENTIAL LENDING

# IN THE UNITED STATE OF CALIFORNIA
## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| COPERNICO MAMERTO, | ) Case No: 08-CV-0589-H-JMA |
| Plaintiff, | ) **NOTICE OF PARTY WITH FINANCIAL** |
| v. | ) **INTEREST** |
| CITI RESIDENTIAL LENDING and SPECIALIZED LOAN SERVICING, LLC, | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant CITI RESIDENTIAL LENDING ("CITI") certifies the following:

Defendant CITI RESIDENTIAL LENDING, INC., sued herein as CITI RESIDENTIAL LENDING, is a wholly owned subsidiary of Citibank, N.A.

//
//
//

- 2 -

Citibank, N.A., its parent, is chartered under National Bank Act, and is wholly owned subsidiary of Citicorp Holdings, Inc., a wholly owned subsidiary of Citigroup, Inc., a publicly traded corporation.

Respectfully Submitted,

Miles, Bauer, Bergstrom & Winters, LLP

Dated: June 2, 2008        By:   /s/ Tami S. Crosby, Esq.
                                 Tami S. Crosby
                                 Specially Appearing as Attorneys for
                                 CITI RESIDENTIAL LENDING, INC.

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1665 Scenic Avenue, Suite 200, Costa Mesa, California 92626-9804.

On 6/2/08, I caused to be personally served a copy of the following document(s):

- **NOTICE OF PARTY WITH FINANCIAL INTEREST**

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

Copernico S. Mamerto, Pro se,    Alan I. White, Esq.
8485 Miguel Vista Place          20281 SW Birch Street, Suite 100
San Diego, California 92114      Newport Beach, 92660
619) 472-9924

(Counsel for Defendant Specialized Loan Servicing)

(Plaintiff, pro se)

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 6/2/08, at Costa Mesa, California.

                                         /s/ Marion Pineda
                                         Marion Pineda