```
Alan I. White, Esq. (SBN 49858)
LAW OFFICES OF ALAN I. WHITE
20281 SW Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 752-9001
Facsimile: (949) 752-9007

Attorneys for Respondent
SPECIALIZED LOAN SERVICING, LLC
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>    Petitioner,<br><br>    vs.<br><br>CITI RESIDENTIAL LENDING<br><br>    Respondent<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>    Respondent. | Case No. 08 CV 0589 HJMA<br><br>Case Assigned to:<br>Hon. Marilyn L. Huff<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br><br>Hearing Date: June 16, 2008<br>Time:            10:30 a.m.<br>Courtroom:    13<br>Trial Date:    None Set |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant SPECIALIZED LOAN SERVICING LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///
///
///
///

| PARTY | CONNECTION |
|---|---|
| COPERNICO MAMERTO | Petitioner |
| CITI RESIDENTIAL LENDING | Respondent |
| SPECIALIZED LOAN SERVICING, LLC | Respondent |

Dated: May 30, 2008

Respectfully submitted,

By: _____
Alan I. White

Attorneys for Respondent
Specialized Loan Servicing, LLC