**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CITI RESIDENTIAL LENDING and SPECIALIZED LOAN SERVICING, LLC,<br><br>　　　　　　　　　Defendants. | CASE NO. 08-CV-0589-H (JMA)<br><br>ORDER SUBMITTING REQUEST FOR TEMPORARY RESTRAINING ORDER |

The Court currently has a hearing on Plaintiff's request for a TRO set for June 16, 2008 at 10:30 a.m. (See Doc. No. 17.) The Court concludes that this motion is suitable for decision without oral argument. Accordingly, the Court vacates the hearing on June 16, 2008. Absent a subsequent order to the contrary, the Court shall consider the motion submitted on the papers immediately following the completion of the parties' briefing.

IT IS SO ORDERED.

DATED: June 4, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.

- 1 -　　　　　　　　　　　　　　　　　　　　　　　　08cv589