Alan I. White, Esq. (State Bar. No. 49858)
LAW OFFICES OF ALAN I. WHITE
20281 SW Birch Street, Suite 100
Newport Beach, California 92660
Telephone: (949) 752-9001
Facsimile: (949) 752-9007

Attorneys for Defendant
SPECIALIZED LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPERNICO MAMERTO<br><br>Petitioner<br><br>vs.<br><br>CITI RESIDENTIAL LENDING<br>    Respondent<br><br>SPECIALIZED LOAN SERVICING, LLC<br><br>Respondent | Case No. 08 CV 0589 H JMA<br><br>PROOF OF SERVICE |

I, the undersigned, declare as follow:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20281 S.W. Birch Street, Suite 100, Newport Beach, California 92660.

On June 5, 2008, I served the forgoing document(s) described as: (1) **OPPOSITION TO MOTION FOR TRO AND/OR PREMLIMINARY INJUNCTION AND STATEMENT OF POSITION AND (2) CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action as stated below:

| | |
|---|---|
| Copernico Memerto; *pro se*<br>c/o 8485 Miguel Vista Place<br>San Diego, CA 92114 | Tami S. Crosby, Esq.<br>Miles, Bauer, Bergstrom & Winters, LLP<br>1665 Scenic Avenue, Suite 200<br>Costa Mesa, CA 92626 |

[X] **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Newport Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2008, at Newport Beach, California.

_____          _____
    Maureen L. Ryan                          (Signature)
  (Type or print name)