1  Alan I. White, Esq. (State Bar. No. 49858)
   LAW OFFICES OF ALAN I. WHITE
2  20281 SW Birch Street, Suite 100
   Newport Beach, California 92660
3  Telephone: (949) 752-9001
   Facsimile: (949) 752-9007
4
   Attorneys for Defendant
5  SPECIALIZED LOAN SERVICING,
   LLC
6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | COPERNICO MAMERTO | Case No. 08 CV 0589 H JMA |
|---|---|---|
| 12 | Plaintiff, | NOTICE OF MOTION, AND MOTION TO DISMISS PLAINTIFF'S |
| 13 | vs. | SECOND AMENDED COMPLAINT |
| 14 | CITI RESIDENTIAL LENDING and | Hearing Date: July 14, 2008 |
| 15 | SPECIALIZED LOAN SERVICING, LLC, | Dept.: H<br>Time: 10:30 am |
| 16 | Defendants. | |

17

18  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19        Notice is hereby given that a hearing on Defendant Specialized Loan Services,

20  Inc. ("SLS") motion to dismiss plaintiff's second amended complaint will be held on

21  July 14, 2008 at 10:30 am, in courtroom number H of the above entitled court. At said

22  time, SLS will move the court to dismiss the second amended complaint, and each

23  claim therein, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).

24        The motion will be based on this notice of motion, the accompanying motion and

25  memorandum of points and authorities in support thereof, as well as all pleadings

26  papers and documents filed in this action.

27                    MOTION TO DISMISS

28

LAW OFFICES OF
ALAN I. WHITE

1                    08-CV 0589 H JMA)
NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT
SPECIALIZED LOAN SERVICES RULE 12(b)(6) MOTION

1    Defendant Specialized Loan Servicing, LLC, hereby moves the court to dismiss
2  the plaintiff's second amended complaint ("complaint") on the grounds that the
3  complaint fails to state a claim against Specialized Loan Servicing, LLC. This motion
4  will be made under *Federal Rules of Civil Procedure Rules* 12(b)(6).

5    This motion will be based upon the notice, this motion, and the accompanying
6  memorandum of points and authorities as well as all pleadings and papers on file
7  herein.

8  Dated:  June 12, 2008                           Respectfully submitted,

9

10                                          By: _____

11                                               Alan I. White

12                                               Attorneys for Respondent
                                                 Specialized Loan Servicing, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION, MOTION AND  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT
SPECIALIZED LOAN SERVICES RULE 12(b)(6) MOTION

*LAW OFFICES OF*
*ALAN I. WHITE*

**PROOF OF SERVICE**

I, the undersigned, declare as follow:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20281 S.W. Birch Street, Suite 100, Newport Beach, California 92660.

On June 12, 2008, I served the foregoing document(s) described as: **(1) NOTICE OF MOTION, AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** on the interested parties in this action as stated below:

Copernico Memerto; *pro se*
c/o 8485 Miguel Vista Place
San Diego, CA 92114

Tami S. Crosby, Esq.
Miles, Bauer, Bergstrom & Winters, LLP
2 1665 Scenic Avenue, Suite 2003
Costa Mesa, CA 92626

[X] **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Newport Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 12, 2008, at Newport Beach, California.

Maureen L. Ryan
(Type or print name)

(Signature)

1