**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>                Plaintiff,<br>vs.<br><br>CITI RESIDENTIAL LENDING and SPECIALIZED LOAN SERVICING, LLC,<br><br>                Defendants. | CASE NO. 08-CV-0589-H (JMA)<br><br>ORDER REGARDING PLAINTIFF'S REPLY BRIEF |

On June 11, 2008, the Court denied Plaintiff's second ex parte motion for temporary restraining order ("TRO"). (Doc. No. 28.) On June 16, 2008, the Court received Plaintiff's reply brief, which was due on June 9, 2008. (See Doc. Nos. 17, 28.) The Court has exercised its discretion to review the late-filed brief, and the Court declines to alter its decision to deny the motion without prejudice. The Court notes that, even if a foreclosure sale is scheduled to go forward on June 23, 2008, Plaintiff has not made a sufficient showing of likelihood of success on the merits.

IT IS SO ORDERED.

DATED: June 20, 2008

                                            MARILYN L. HUFF, District Judge
                                            UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.