| | |
|---|---|
| 1 | MILES, BAUER, BERGSTROM & WINTERS, LLP |
| 2 | Tami S. Crosby, SBN 129021 |
|   | 1665 Scenic Avenue, Suite 200 |
| 3 | Costa Mesa, CA 92626 |
|   | 714-481-8355 |
| 4 | 714-481-9152 Facsimile |
| 5 | |
|   | Specially Appearing as Attorneys for Defendant |
| 6 | CITI RESIDENTIAL LENDING |
| 7 | |

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | | |
|---|---|---|
| 11 | COPERNICO MAMERTO, | ) Case No:  08-CV-0589-H-JMA |
| 12 | | ) |
|    | Plaintiff, | ) **DEFENDANT CITI RESIDENTIAL** |
| 13 | v. | ) **LENDING'S NOTICE OF MOTION RE** |
|    | | ) **DEFENDANT'S MOTION TO DISMISS** |
| 14 | CITI RESIDENTIAL LENDING and | ) **PLAINTIFF'S SECOND AMENDED** |
|    | SPECIALIZED LOAN SERVICING, LLC, | ) **COMPLAINT FOR FAILURE TO STATE A** |
| 15 | | ) **CLAIM UPON WHICH RELIEF CAN BE** |
| 16 | Defendant. | ) **GRANTED** |
| 17 | | ) |
|    | | ) (FRCP 12(B)(6)) |
| 18 | | ) |
|    | | ) Date:      July 28, 2008 |
| 19 | | ) Time:     10:30 a.m. |
|    | | ) Courtroom:  13 |
| 20 | | ) |

21  TO: PLAINTIFF COPERNICO MAMERTO, PRO SE:

22  PLEASE TAKE NOTICE that on July 28, 2008, at 10:30 a.m., in Courtroom 13, or as soon

23  thereafter as the matter may be heard in the above-entitled Court, located at the U.S. District Court,

24  Southern District of California, 940 Front Street, San Diego, CA 92101-8900; Defendant CITI

25  RESIDENTIAL LENDING ("CITI RESIDENTIAL") will and hereby does, respectfully move the

26  Court for an order dismissing this action as to CITI RESIDENTIAL, in its entirety, with prejudice.

27       This Motion is made pursuant to Federal Rules of Civil Procedure ("FRCP"), section 12(b)(6),

28  on the grounds that Plaintiff's Complaint fails to state a claim upon which relief can be granted as to

1 | Defendant CITI RESIDENTIAL; and Plaintiff's Complaint fails to comply with FRCP, Rule 8.

2 |     This Motion will be based upon this Notice of Motion and upon the accompanying Memorandum of Points and Authorities, upon all papers and pleadings on file in this action, and upon such other and further matters as the court may permit to be presented at the time of the hearing.

Miles, Bauer, Bergstrom & Winters, LLP

Dated: June 25, 2008            By:     /s/ Tami S. Crosby
                                      Tami S. Crosby
                                      Attorneys for
                                      CITI RESIDENTIAL LENDING, INC.

DEF. CITI RESIDENTIAL LENDING'S NOTICE OF MOTION RE DEF'S MOTION TO DISMISS PLAINTIFF'S 2nd AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
N:\WORDDATA\CV\Mamerto, Copernico\Pleadings\Notice re Motion to Dismiss.doc

PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1665 Scenic Avenue, Suite 200, Costa Mesa, California 92626-9804.

On 6/25/08, I caused to be personally served a copy of the following document(s):

DEFENDANT CITI RESIDENTIAL LENDING'S NOTICE OF MOTION RE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

Copernico S. Mamerto, Pro se
8485 Miguel Vista Place
San Diego, CA 92114
619) 472-9924
(Plaintiff, pro se)

Alan I. White, Esq.
20281 SW Birch Street, Suite 100
Newport Beach, CA 92660
(Counsel for Defendant Specialized Loan Servicing)

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 6/25/08, at Costa Mesa, California.

/s/ Marion Pineda
Marion Pineda