# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITI RESIDENTIAL LENDING and SPECIALIZED LOAN SERVICING, LLC,<br><br>　　　　　Defendants. | CASE NO. 08-CV-0589-H (JMA)<br><br>ORDER SUBMITTING MOTION TO DISMISS BY SPECIALIZED LOAN SERVICING LLC |

Defendant Specialized Loan Servicing, LLC ("SLS") submitted a motion to dismiss on June 12, 2008. (Doc. No. 25.) The motion was noticed for a hearing on July 14, 2008. Plaintiff has not filed an opposition or requested an extension of time. Under Local Civil Rule 7.1(e)(2), opposition papers are due 14 calendar days prior to the noticed hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court exercises its discretion to submit this motion on the papers without oral argument under Local Rule 7.1(d)(1). The Court cautions Plaintiff that failure to oppose SLS's motion may result in dismissal of his claims against SLS.

IT IS SO ORDERED.

DATED: July 8, 2008

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.