# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITI RESIDENTIAL LENDING and SPECIALIZED LOAN SERVICING, LLC,<br><br>　　　　　Defendants. | CASE NO. 08-CV-0589-H (JMA)<br><br>ORDER SUBMITTING MOTION TO DISMISS BY CITI RESIDENTIAL LENDING;<br><br>AND<br><br>NOTICE OF POSSIBLE DISMISSAL |

　　　Defendant Citi Residential Lending ("Citi") filed a motion to dismiss on June 25, 2008. (Doc. No. 30.) The motion was noticed for a hearing on July 28, 2008. Plaintiff has not filed an opposition or requested an extension of time. Under Local Civil Rule 7.1(e)(2), opposition papers are due 14 calendar days prior to the noticed hearing.

　　　The Court exercises its discretion to submit this motion on the papers without oral argument under Local Civil Rule 7.1(d)(1). Accordingly, the Court vacates the hearing set for July 28, 2008.

/ / /

/ / /

/ / /

/ / /

1   The Court cautions Plaintiff that failure to oppose Citi's motion may result in dismissal of his claims against Citi.  The Court also reminds Plaintiff that it has not received any opposition to the motion to dismiss filed by Specialized Loan Servicing on June 12, 2008.  (See Doc. Nos. 25, 31.)  The Court has discretion to grant additional time upon a showing of good cause, but Plaintiff has not made such a request.  **If Plaintiff does not oppose either motion, the net result may be dismissal of the entire action**, either based on the merits of the claims or on Plaintiff's failure to prosecute his case.

IT IS SO ORDERED.

DATED: July 16, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.