Copernico S. Mamerto, Pro Se
8485 Miguel Vista Place
San Diego, California 92114
(619) 472-9924



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC
JUL 2 1 2008

| | |
|---|---|
| COPERNICO S. MAMERTO<br><br>Plaintiff,<br><br>vs.<br><br>CITI RESIDENTIAL LENDING AND SPECIALIZED LOAN SERVICING, LLC.,<br><br>Defendants. | Case No.: 08 CV 0589 HJMA<br><br>**NOTICE OF EX PARTE MOTION AND MOTION FOR EMERGENCY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CLIENT; AND PROPOSED MOTION**<br><br>**NO HEARING DATE** |

COPERNICO S. MAMERTO ("Plaintiff") makes this ex parte application to move this Honorable Court to enjoin and restrain CITI Residential Lending and Specialized Loan Servicing LLC by issuing a Temporary Restraining Order enjoining and restraining the defendants from proceeding with the immediately pending foreclosure on home property located at 8485 Miguel Vista Place, San Diego, California on Wednesday, July 23, 2008. This emergency motion is necessary because the harm he seeks to halt is imminent.

A preliminary injunction prohibiting and restraining the defendants is needed to prevent plaintiff from immediate loss of his home in a wrongful foreclosure without opportunity to present competent evidence before the court to clear the title on his

Mamerto – Ex Parte Application - 1

property, Argent Mortgage the original lender is now defunct and is not named as a party herein. Plaintiff seeks documentation of the true holder in due course that would be entitled to proceed to act on a foreclosure date. No one has produced that information or supporting documents.

**Why Ex Parte Relief Is Necessary**:

A preliminary injunction prohibiting and restraining the defendants is needed to maintain status quo and prevent a wrongful foreclosure before he can present competent evidence before the court to clear the title on his property. California foreclosure laws require specified procedure must be followed in order to exercise the non-judicial power of sale foreclosure. These required procedures were not followed.

Plaintiff has inquired about the status of his property to no avail and has recently learned that in spite of SLS allegations to the contrary, an immediate wrongful foreclosure sale is set for Wednesday July 23, 2008. In spite of his attempts to communicate with the defendants to no avail, a wrongful foreclosure sale will be executed on his home without the required determinations re ownership of the right to foreclosure sale by the holder in due course.

In addition, specific procedures must be followed for a non-judicial power of sale foreclosure to be carried out. Plaintiff has not received a timely certified notice of sale nor notification of attempt to deliver such a notice. Further, at no time was a notice of sale posted on the property itself in the twenty (20) days before the sale.

Thus it is most likely that plaintiff will be successful in this matter due to the subversive secretive tactics of defendants.

This Application is made on the grounds that the requested injunctive Order is necessary to avoid substantial, continuing and irreparable harm to plaintiff who will lose ownership and possession of his PROPERTY, unless immediately restrained as requested in this application to maintain the status quo, plaintiff will suffer irreparable

Mamerto - Ex Parte Application - 2

harm by loss of his home, a unique real property. Further, he will be damaged by false allegations made against her credit worthiness and reputation.

Plaintiff requested repeated the name of the legal holder in due course. Plaintiff seeks a determination that the defendants are the holder in due course with a legal right to hold the foreclosure sale. To deny an equitable stay of execution until there is actual proof that Defendant and/or its agent or CITI Residential Lending and/or its agents and successors who have the right to the foreclosure relief which is not reviewed by any court. To do otherwise would result in extremely draconian and harsh measures.

No bond should be required for the issuance of this emergency stay. The issue underlying this suit is a wrongful foreclosure of real property a remedy which should plaintiff be unsuccessful will not be lost. It is unlikely that defendants will be placed in much jeopardy; given the current nature of the real estate market they will essentially suffer no damage at all.

This application is based on the memorandum of points and authorities filed herewith, the supporting declaration of plaintiff, the additional records and documents on file in this action, and upon such other oral and documentary evidence and argument as may be presented at the court's review of this Application.

Dated: July 21, 2008            Respectfully submitted,

*/s/ Copernico S. Mamerto*

Copernico S. Mamerto, Plaintiff in pro se