## DECLARATION OF COPERNICO S. MAMERTO

I, COPERNICO S. MAMERTO: declare:

1. I am moving party in the within matter. The facts set forth herein are within my personal knowledge and, if called upon to do so, I could and would competently testify thereto under oath. This declaration is made in support of ex parte application for injunctive stay of unlawful foreclosure, of our home, "sale date set for Wednesday, July 23, 2008

2. I filed a complaint for damages for wrongful foreclosure seeking court determination for declaratory relief and injunctive relief, for the deceptive fraud and unfair business trade practices and other statutory violations. I am now becoming aware of defendants' Statutory violations, Fraud, and Breach of Contract issues also.

3. In good faith I entered into a mortgage and completed a mortgage lending package in front of a notary public. There were many things that I did not understand and questioned, but I got non-responsive answers or no answers.

4. In late 2007, I realized that I did not know who owned my deed of trust since I was informed that Citi Residential Lending and Specialized Loan Servicing, LLC controlled my loan. The original lender, Argent Mortgage is now defunct business and is not a named party to my complaint.

5. I told the people with whom I talked that I do not understand English legal terms very well. I became aware of actions against my property and I continuously attempted to communicate with the defendants to no avail. It resulted in confusion over any sale date, but now a wrongful foreclosure sale is set for Wednesday, July 23, 2008 without a determination of the holder in due course or who actually has the right to conduct a foreclosure sale legally.

6. I first contacted Citi Residential Lending Inc to whom i had sent my loan payments to determine who actually "owned" what was purported to be my mortgage so that I could work directly with the note owner so that the owner would get the same amount of money originally owed but under a different payment schedule. Citi ignored and blocked my efforts to contact the note owner at every turn, and I became suspicious of the whole situation.

7. Defenants alleged that I was being charged for various fees and costs but have not produced an audit accounting as required by law. To date I received nothing responsive from them, only form canned letters.

8. Since I am not a lawyer when I attempted to do what I understood to be required I may have asked for information incorrectly or misunderstood what I heard. As I understand it, even an oral request will trigger a requirement for at least some type of response. I still have nothing to demonstrate that in fact who actually the creditor or to show that the right of non-judicial foreclosure still exists at all.

9. I did not receive all the proper notices under California law for a non-judicial power of sale foreclosure to be carried out. I did not received a certified, return receipt requested notice of sale nor any postal notification of attempt to deliver such a notice. At no time in the past twenty days before the sale was a notice of sale posted on my property itself.

10. I need an emergency order to halt the foreclosure sale and a pending eviction from the property or my property will be lost. I have no viable remedy to keep the status quo until the court hears the issues of my complaint and I have an opportunity to amend my complaint to allege newly discovered facts.

11. This ex parte application is being faxed to all parties as stated on the attached certificate of service to advise that any opposition to this ex parte request must be immediately filed with the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on 21st day of July, 2008 at Santa Ana, California.

*[signature]*

Copernico S. Mamerto