## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the emergency Ex Parte Application for Temporary Injunctive Relief; Memorandum of Points and Authorities; Supporting Declaration; and Proposed Order has been furnished to:

1.   Defendant Citi Residential Lending at their attorney facsimile 714-481-8355 at the offices of Miles, Bauer, Bergstrom & Winters, LLP. and

2.  Defendant  Specialized Loan Servicing, LLC at their attorneys facsimile 949-752-9007 at the offices of Alan I. White. this 21st day of July, 2008.

_____