# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>                Plaintiff,<br>vs.<br><br>CITI RESIDENTIAL LENDING and SPECIALIZED LOAN SERVICING, LLC,<br><br>                Defendants. | CASE NO. 08-CV-0589-H (JMA)<br><br>ORDER DENYING THIRD MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE |

On July 21, 2008, Plaintiff Copernico Mamerto ("Plaintiff"), proceeding pro se, submitted his third ex parte motion for a temporary restraining order ("TRO") in this case. (Doc. No. 34.) The Court previously denied two motions for TROs seeking to prevent a foreclosure of Plaintiff's property.[1] (See Doc. Nos. 7, 24.) Plaintiff now seeks to enjoin a foreclosure sale set for July 23, 2008. The Court has reviewed the motion and concludes that it does not merit the extraordinary remedy of a temporary restraining order. Plaintiff has not shown that money damages would not suffice. Accordingly, the Court denies the motion without prejudice. Since the Court has denied the motion without prejudice, the Court also orders defendants to respond to the ex parte request by **August 1, 2008**.

---

[1] The Court denied the first motion without a response from defendants. (See Doc. No. 7.) The Court denied the second motion after considering a response from defendants. (See Doc. No. 24.)

The Court encourages Plaintiff to respond to the defendants' motions to dismiss. The Court issued orders on July 8, 2008, and July 16, 2008, advising Plaintiff of these motions. (Doc. Nos. 31-32.) The Court again cautions Plaintiff that if he does not respond to either motion to dismiss, the Court may dismiss this action in its entirety if warranted under the law. For that reason, the Court strongly encourages Plaintiff to respond to the motions to dismiss.

IT IS SO ORDERED.

DATED: July 22, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.