Copernico s. Mamerto, Pro Se
8485 Miguel Vista Place
San Diego, California 92114
(619) 472-9924

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPERNICO S. MAMERTO,<br><br>     Plaintiff,<br><br>vs.<br><br>CITI RESIDENTIAL LENDING<br>AND SPECIALIZED LOAN<br>SERVICING, LLC.,<br>     Defenants. | ) CASE NO. 08-CV-0589-H-JMA<br>)<br>)<br>)<br>) **RESPONSE TO DEFENDANT CITI**<br>) **RESIDENTIAL LENDING'S MOTION**<br>) **TO DISMISS**<br>)<br>)   Date: July 28, 2008<br>)   Time: 10:30 a.m.<br>)   Courtroom 13<br>) |

   Plaintiff, COPERNICO MAMERTO, files his response to Defendant Citi Residential Lending and Specialized Loan Servicing, LLC. Motion to dismiss and requests that the court take judicial notice of Defendant Citi Residential Lending's Special Appearance for the Purpose of Filling Opposition to Plaintiff's Motion for Ex Parte Temporary Restraining Order.

   Plaintiff did not receive notice of the motion to dismiss until it was given to him yesterday, since his mail was previously misdelivered to another party.  Plaintiff was

- 1 -

OPPOSITION TO MOTION TO DISMISS

1  inadvertently unable to respond until he had notice of the
2  motion.  Now in due haste Plaintiff files his response to the
3  defendant's motion and declares the following:
4      I Copernico Mamerto, declare:
5      I am a plaintiff in this matter. The facts set forth herein
6  are within my personal knowledge and, if called upon to do so, I
7  could and would competently testify thereto under oath.  This
8  declaration is made in support of my response to the defendant's
9  motion to dismiss.
10     1  My mail was mis-delivered and I just received notice to
11 the defendant's motion to dismiss.  I is believes that my
12 complaint should be amended to name the responsible parties
13 which now have been revealed as follows:
14     The original beneficiary was ARGENT MORTAGE COMPANY,LLC.;
15 the original trustee was Town & Country Title Services.
16 [Deed of Trust dated 2-15-2006, recorded instrument No. 2006-
17 0135047, San Diego County Recorder.
18     As of October 23, 2007, the current creditor is Argent
19 Mortgage Securities, Inc. Asset Backed Certificates Services
20 2006-W2,the servicer for acts on the behalf of the creditor is
21 Citi Residential Lending (800) 430-5262.
22     2.  Maxim: Notice to the agent is notice to the principal.
23 Defendants have engaged in confusing tactics to camouflage the
24 identity of the responsible parties and refused to provide
25 accounting for their activities. I respectfully requests that
26 the court grant leave to amend to correct the proper name and
27 capacity of the parties.
28

3. The inadvertent misunderstanding as to who know holds the title to the loan has not been proven by original documentation including any wet ink signature on the promissory note that would give judicially determined ownership to the right to collect monies, to provide a full audited accounting, and any right to conduct a foreclosure sale

4. I could not have included a request to enjoin a sale of which he had no actual personal knowledge nor of the identity of the parties to whom I was kept uninformed about.

5. Accordingly, the complaint can be amended to describe the defendant parties in full detail. The movant party can be removed as a defendant party though they are still responsible as an agent of the principal.

6. This does not change the nature of the irreparable injury that I will incur from the wrongful foreclosure sale, and any and all subsequent activities such as unlawful detainer action or writ of possession undertaken by the servicer Citi Residential Lending. I will still suffer irreparable injury in that I will suffer loss of the property and have my right of ownership and possession cut off prior to having my claims heard on their merits even if my claims are meritorious.

Executed under penalty of perjury under the laws of the United States this 31th day of July, 2008 at San Diego, California

Respectfully submitted,

*/s/ Copernico S. Mamerto*

Copernico Mamerto, Plaintiff Pro Se
8485 Miguel Vista Place
San Diego, CA 92114

- 3 -

OPPOSITION TO MOTION TO DISMISS

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Tami S. Crosby, Esquire, Miles, Bauer, Bergstrom & Winters, LLP, attorneys for Defendant Citi Residential Lending, Inc. at 1665 Scenic Avenue, Suite 200 Costa Mesa, CA 92626 and to Defendant Specialized Loan Servicing, LLP, Alan I White, Esquire, at 20281 SW Birch Street, Suite 100 Newport Beach, CA 92660 this 31day of July, 2008.

Copernico Mamerto,
Plaintiff Pro Se