MILES, BAUER, BERGSTROM & WINTERS, LLP
Tami S. Crosby, SBN 129021
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
714-481-8355
714-481-9152 Facsimile

Attorneys for Defendant
CITI RESIDENTIAL LENDING

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| COPERNICO S. MAMERTO,<br><br>    Plaintiff,<br><br>v.<br><br>CITI RESIDENTIAL LENDING and SPECIALIZED LOAN SERVICING, LLC,<br><br>    Defendant. | Case No: 08-CV-0589-H-JMA<br><br>**OPPOSITION OF DEFENDANT CITI RESIDENTIAL LENDING TO PLAINTIFF'S NOTICE OF EX PARTE MOTION AND MOTION FOR EMERGENCY INJUNCTION** |

Defendant CITI RESIDENTIAL LENDING, INC., sued herein as CITI RESIDENTIAL LENDING (hereinafter "CITI RESIDENTIAL"), hereby submits the following opposition to Plaintiff COPERNICO S. MAMERTO's ("MAMERTO"), NOTICE OF EX PARTE MOTION AND MOTION FOR EMERGENCY INJUNCTION, pursuant to the Court's order of July 22, 2008, requiring that the within opposition be presented to the court by August 1, 2008.

Miles, Bauer, Bergstrom & Winters, LLP

Dated: August 1, 2008            /s/ Tami S. Crosby
                                       Tami S. Crosby
                                       Attorneys for Defendant
                                       CITI RESIDENTIAL LENDING, INC.

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1665 Scenic Avenue, Suite 200, Costa Mesa, California 92626-9804.

On 8/1/08, I caused to be personally served a copy of the following document(s):

OPPOSITION OF DEFENDANT CITI RESIDENTIAL LENDING TO PLAINTIFF'S NOTICE OF EX PARTE MOTION AND MOTION FOR EMERGENCY INJUNCTION

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

Copernico S. Mamerto, Pro se,   Alan I. White, Esq.
8485 Miguel Vista Place             20281 SW Birch Street, Suite 100
San Diego, CA 92114                 Newport Beach, CA 92660
619-472-9924                          (Counsel for Defendant Specialized Loan Servicing)
(Plaintiff, pro se)

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 8/1/08, at Costa Mesa, California.

/s/ Marion Pineda

Marion Pineda