MILES, BAUER, BERGSTROM & WINTERS, LLP
Tami S. Crosby, SBN 129021
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
714-481-8355
714-481-9152 Facsimile

Attorneys for Defendant
CITI RESIDENTIAL LENDING

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| COPERNICO S. MAMERTO, | ) Case No: 08-CV-0589-H-JMA |
| Plaintiff, | ) **DECLARATION OF TAMI S. CROSBY IN** |
| v. | ) **SUPPORT OF OPPOSITION OF** |
| | ) **DEFENDANT CITI RESIDENTIAL LENDING** |
| CITI RESIDENTIAL LENDING and | ) **TO PLAINTIFF'S NOTICE OF EX PARTE** |
| SPECIALIZED LOAN SERVICING, LLC, | ) **MOTION AND MOTION FOR EMERGENCY** |
| | ) **INJUNCTION** |
| Defendant. | ) |

### DECLARATION OF TAMI S. CROSBY

I, Tami S. Crosby, declare as follows:

1.     I am an attorney, duly licensed to practice before the United States District Court, Southern District of California. I am an associate with Miles, Bauer, Bergstrom & Winters, LLP; attorneys of record for Defendant CITI RESIDENTIAL LENDING, INC., named in this action as CITI RESIDENTIAL LENDING (hereinafter, "CITI RESIDENTIAL").

2.     I make this declaration in support of the OPPOSITION OF DEFENDANT CITI RESIDENTIAL LENDING TO PLAINTIFF'S NOTICE OF EX PARTE MOTION AND MOTION FOR EMERGENCY INJUNCTION, as has been requested by the Court in its order of July 22, 2008, a copy of which is attached as Exhibit 1 to CITI RESIDENTIAL's Request for Judicial Notice ("RJN") filed concurrently herewith. The facts recited herein, are of my own knowledge, and if

1    called as a witness I could and would competently testify thereto.

2        3.      From on or about October 6, 2007, CITI RESIDENTIAL has been and continues to be

3    the Servicer and Attorney-in-Fact for Argent Mortgage Company LLC ("Argent Mortgage") pursuant

4    to a Limited Power of Attorney between CITI RESIDENTIAL and Argent Mortgage, as executed by

5    Argent Mortgage on October 6, 2007.

6        4.      I have been personally advised by my client that the plaintiff herein, COPERNICO S.

7    MAMERTO ("MAMERTO") defaulted on the mortgage loan secured by Deed of Trust which

8    MAMERTO executed as the borrower, and which names ARGENT MORTGAGE COMPANY, LLC

9    as the lender, having been recorded with the San Diego County Recorder's office on May 24, 2006 as

10   Instrument No. 2006-0135047 (hereinafter the "Deed of Trust") and recorded against that real

11   property commonly described as 8485 Miguel Vista Place, San Diego, CA 92114 (the "subject

12   property") in August, 2007.

13       5.      I have also personally been advised by my client that MAMERTO has not made any

14   payment on the Deed of Trust since August 2007.

15       6.      My client personally advised me that a Notice of Default and Election to Sell Under

16   Deed of Trust was recorded on January 2, 2008 with the San Diego County Recorder's office as

17   Instrument No. 2008-0000379 regarding the subject property, a copy of which is attached as Exhibit 6

18   to CITI RESIDENTIAL's RJN.  The Notice of Default and Election to Sell Under Deed of Trust

19   demonstrates that as of December 31, 2007, MAMERTO's mortgage loan was in default in the

20   amount of $12,648.48 and that amount continues to grow with each month that MAMERTO fails to

21   pay on the Deed of Trust.

22       7.      My client also personally advised me that thereafter, a Notice of Trustee's Sale was

23   recorded with the San Diego County Recorder's office as Instrument No. 2008-0180799.  As my

24   client personally advised me, the Trustee's sale had been scheduled to go forward on July 23, 2008;

25   but that sale was taken off-calendar and there is no new sale date pending.

26       8.      On July 28, 2008, I was advised by the United States Bankruptcy Court, Southern

27   District of California, that MAMERTO had filed a Chapter 13 bankruptcy petition on that date, in the

28   United States Bankruptcy Court, Southern District of California as case number 08-06960-13.

DECLARATION OF TAMI S. CROSBY IN SUPPORT OF OPPOSITION OF DEFENDANT CITI RESIDENTIAL
LENING TO PLAINTIFF'S NOTICE OF EX PARTE MOTION AND MOTION FOR EMERGENCY INJUNCTION
N:\WORDDATA\CV\Mamerto, Copernico\Pleadings\Oppo to 3rd  Req for TRO\Declaration re oppo to 3rd TRO request.doc

9.      Attached as Exhibit 1 to the RJN is a true and correct copy of the July 22, 2008 Court ORDER DENYING THIRD MOTION FOR TEMPORARY RESTRAINING ORDER, contained within this Court's file.

10.     Attached as Exhibit 2 to the RJN is a true and correct copy of the June 11, 2008 Court ORDER (1) DENYING WITHOUT PREJUDICE SECOND MOTION FOR TEMPORARY RESTRAINING ORDER; AND (2) GRANTING REQUEST FOR JUDICIAL NOTICE, contained within this Court's file.

11.     Attached as Exhibit 3 to the RJN is a true and correct copy of Defendant CITI RESIDENTIAL LENDING's SPECIAL APPEARANCE FOR THE PURPOSE OF FILING OPPOSITION TO PLAINTIFF'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER, contained within this Court's file.

12.     Attached as Exhibit 4 to the RJN is a true and correct copy of Defendant CITI RESIDENTIAL'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, contained within this Court's file.

13.     Attached as Exhibit 5 to the RJN is a true and correct copy of Defendant SPECIALIZED LOAN SERVICING, LLC's MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, contained within this Court's file.

14.     Attached as Exhibit 6 to the RJN is a true and correct copy of the Notice of Default and Election to Sell Under Deed of Trust, recorded on January 2, 2008 with the San Diego County Recorder's office as Instrument No. 2008-00003792.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.


Dated: August 1, 2008                         _____/s/ Tami S. Crosby_____
                                              Tami S. Crosby
                                              Attorneys for
                                              CITI RESIDENTIAL LENDING, INC.

DECLARATION OF TAMI S. CROSBY IN SUPPORT OF OPPOSITION OF DEFENDANT CITI RESIDENTIAL LENDING TO PLAINTIFF'S NOTICE OF EX PARTE MOTION AND MOTION FOR EMERGENCY INJUNCTION
N:\WORDDATA\CV\Mamerto, Copernico\Pleadings\Oppo to 3rd  Req for TRO\Declaration re oppo to 3rd TRO request.doc

PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1665 Scenic Avenue, Suite 200, Costa Mesa, California 92626-9804.

On 8/1/08, I caused to be personally served a copy of the following document(s):

DECLARATION OF TAMI S. CROSBY IN SUPPORT OF OPPOSITION OF DEFENDANT CITI RESIDENTIAL LENDING TO PLAINTIFF'S NOTICE OF EX PARTE MOTION AND MOTION FOR EMERGENCY INJUNCTION

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

Copernico S. Mamerto, Pro se,      Alan I. White, Esq.
8485 Miguel Vista Place             20281 SW Birch Street, Suite 100
San Diego, California 92114         Newport Beach, 92660
619-472-9924                        (Counsel for Defendant Specialized Loan Servicing)
(Plaintiff, pro se)

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 8/1/08, at Costa Mesa, California,

/s/ Marion Pineda

Marion Pineda

DECLARATION OF TAMI S. CROSBY IN SUPPORT OF OPPOSITION OF DEFENDANT CITI RESIDENTIAL LENDING TO PLAINTIFF'S NOTICE OF EX PARTE MOTION AND MOTION FOR EMERGENCY INJUNCTION
N:\WORDDATA\CV\Mamerto, Copernico\Pleadings\Oppo to 3rd Req for TRO\Declaration re oppo to 3rd TRO request.doc