MILES, BAUER, BERGSTROM & WINTERS, LLP
Tami S. Crosby, SBN 129021
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
714-481-8355
714-481-9152 Facsimile

Attorneys for Defendant
CITI RESIDENTIAL LENDING

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| COPERNICO S. MAMERTO,<br><br>  Plaintiff,<br><br>  v.<br><br>CITI RESIDENTIAL LENDING and<br>SPECIALIZED LOAN SERVICING, LLC,<br><br>  Defendant. | Case No: 08-CV-0589-H-JMA<br><br>**NOTICE OF AUTOMATIC STAY DUE TO BANKRUPTCY FILED BY PLAINTIFF COPERNICO S. MAMERTO** |

PLEASE TAKE NOTICE that the Plaintiff in this matter, COPERNICO S. MAMERTO, has filed a Chapter 13 bankruptcy on July 28, 2008, in the United States Bankruptcy Court, Southern District of California as case number 08-06960-13. A true and correct copy of the Notice of Chapter 13 Bankruptcy case is attached hereto as Exhibit 1.

The filing of this bankruptcy operates to stay automatically the continuation of the above-referenced civil action, pursuant to 11 USC §362(a).

Respectfully submitted,

                Miles, Bauer, Bergstrom & Winters, LLP

Dated: August 1, 2008    By:   /s/ Tami S. Crosby
                                          Tami S. Crosby
                                          Attorney for Defendant
                                          CITI RESIDENTIAL LENDING

# EXHIBIT 1

FORM B9I (Chapter 13 Case) (12/07)     Case Number 08-06960-JM13

## UNITED STATES BANKRUPTCY COURT
Southern District of California

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/28/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Copernico S. Mamerto
8485 Miguel Vista Place
San Diego, CA 92114-7433

| Case Number:<br>08-06960-JM13 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-4420 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Copernico S. Mamerto<br>8485 Miguel Vista Place<br>San Diego, CA 92114-7433<br>Telephone number: 619-917-4137 | Bankruptcy Trustee (name and address):<br>David L. Skelton<br>525 B St., Suite 1430<br>San Diego, CA 92101-4507<br>Telephone number: 619-338-4006 |

### Meeting of Creditors
Date: **September 5, 2008**     Time: **09:00 AM**
Location: **Sixth Floor, Suite 630, 402 W. Broadway, San Diego, CA 92101-8511**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **12/4/08**    For a governmental unit: **180 days from Date of Order for Relief, 11 U.S.C. Sd502(b)(9)**

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint Objecting to Determine Dischargeability of Certain Debts: 11/4/08**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has not filed a plan as of this date. You will be sent separate notice of the hearing on confirmation of the plan.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991<br>Telephone number: 619-557-5620<br>Website: www.casb.uscourts.gov | For the Court:<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
|---|---|
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: 7/28/08 |

## EXPLANATIONS    FORM B9I (12/07)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

-- Refer to Other Side for Important Deadlines and Notices --

| UNITED STATES BANKRUPTCY COURT | Southern District of California |
|---|---|

| Case Number    08-06960-JM13 |
|---|

| DISMISSAL OF CASE |
|---|
| Notice is given that this case will be dismissed if the debtor(s) fails to pay filing fees pursuant to Federal Rules of Bankruptcy Procedure 1006(b). This dismissal will occur without further notice.<br><br>Furthermore, notice is given that if the Debtor fails to file schedules and statements required by Interim Rules of Bankruptcy Procedure 1007, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled. |

| PLAN and CLAIMS INFORMATION |
|---|
| In order to participate in the distribution of any dividend, a creditor must file a claim, even if the creditor is not on the list of creditors. Claims not filed by 12/4/08 will not be allowed except as provided by law.<br><br>A hearing on confirmation of the plan will be held only if written objections to confirmation (form CSD 1172) and Notice of Hearing Thereon (form CSD 1173) are timely filed with the Clerk, Bankruptcy Court, pursuant to Rule 3015 Local Bankruptcy Rules. If no objection is filed, the plan may be confirmed without further notice and will be binding on all creditors. The Court may authorize attorney fees that are in compliance with the Chapter 13 Fee Guidelines (G.O. 173) unless written objection is filed. A copy of the Guidelines is available on the internet at:<br><br>http://www.casb.uscourts.gov/pdf/Ch13Atty_fee_guidelines.pdf<br><br>All objections are due at the Bankruptcy Court the day after the §341(a) meeting is concluded.<br><br>To object to confirmation, obtain a hearing date from the Trustee at the §341(a) hearing or call the Trustee's office assigned to this case (shown on page one of this notice). The Trustee's office cannot give legal advice.<br><br>If the Trustee is David L. Skelton, call 619-338-4006.<br>If the Trustee is Thomas H. Billingslea, call 619-233-7525. |

| SPECIAL NOTICE TO DEBTORS |
|---|
| If the Debtor failed to file complete schedules and/or a plan at the time this notice was prepared, the Debtor is required to notice all creditors (CSD 1101) pursuant to Local Rule 1007-4 by sending them a copy of the schedules and/or the plan.<br><br>The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting. |

| NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE |
|---|
| Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b). |

| BANKRUPTCY FRAUD |
|---|
| If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619-557-5013. |

Dated: 7/28/08

For the Court:
Barry K. Lander
U.S. Bankruptcy Court

- 2 -

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1665 Scenic Avenue, Suite 200, Costa Mesa, California 92626-9804.

On 8/1/08, I caused to be personally served a copy of the following document(s):

NOTICE OF AUTOMATIC STAY DUE TO BANKRUPTCY FILED BY PLAINTIFF COPERNICO S. MAMERTO

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

| | |
|---|---|
| Copernico S. Mamerto, Pro se, | Alan I. White, Esq. |
| 8485 Miguel Vista Place | 20281 SW Birch Street, Suite 100 |
| San Diego, CA 92114 | Newport Beach, CA 92660 |
| 619-472-9924 | (Counsel for Defendant Specialized Loan Servicing) |
| (Plaintiff, pro se) | |

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 8/1/08, at Costa Mesa, California.

/s/ Marion Pineda

Marion Pineda