# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>            Plaintiff,<br>vs.<br><br>CITI RESIDENTIAL LENDING and SPECIALIZED LOAN SERVICING, LLC,<br><br>            Defendants. | CASE NO. 08-CV-0589-H (JMA)<br><br>SCHEDULING ORDER REGARDING EFFECT OF PLAINTIFF'S BANKRUPTCY PROCEEDINGS AND PENDING MOTIONS TO DISMISS |

On August 1, 2008, defendant Citi Residential Lending ("Citi") filed a purported Notice of Automatic Stay due to a Chapter 13 bankruptcy filing brought by Plaintiff. Citi cites 11 U.S.C. § 362(a), which provides that a bankruptcy petition operates as a stay of certain proceedings. These provisions generally relate to proceedings against the debtor, attempts to gain control or possession of estate property, and similar matters. In contrast, this is a case initiated by the debtor. See, e.g., In re Way, 229 B.R. 11, 13 (B.A.P. 9th Cir. 1998) ("The primary purposes of § 362 do not apply . . . to offensive actions by a debtor . . . as the same policy considerations do not exist where the debtor has initiated a prepetition lawsuit against a creditor.") At this time, it does not appear to the Court that section 362(a) imposes a stay of these proceedings.

/ / /

On or before **August 22, 2008**, the parties may file simultaneous briefs regarding the question whether section 362(a) operates a stay of this case, but they are not required to do so. Absent a further showing of good cause in support of a stay, the Court will continue with this action, which may include a ruling on the pending motions to dismiss Plaintiff's claims.

The Court notes that Plaintiff recently filed an opposition regarding at least one of the two pending motions to dismiss. (Doc. No. 37.) Due to the delay in filing an opposition, Defendants may file reply briefs supporting their motions to dismiss on or before **August 22, 2008**.

IT IS SO ORDERED.

DATED: August 5, 2008

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.