1  MILES, BAUER, BERGSTROM & WINTERS, LLP
2  Tami S. Crosby, SBN 129021
   1665 Scenic Avenue, Suite 200
3  Costa Mesa, CA 92626
   714-481-8355
4  714-481-9152 Facsimile
5
   Attorneys for Defendant
6  CITI RESIDENTIAL LENDING
7

8          UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO
9
10
11  COPERNICO S. MAMERTO,              )  Case No:  08-CV-0589-H-JMA
                                       )
12           Plaintiff,                )  **DEFENDANT CITI RESIDENTIAL**
13      v.                             )  **LENDING'S REPLY TO PLAINTIFF'S**
                                       )  **OPPOSITION TO DEFENDANT'S MOTION**
14  CITI RESIDENTIAL LENDING and       )  **TO DISMISS PLAINTIFF'S SECOND**
15  SPECIALIZED LOAN SERVICING, LLC,   )  **AMENDED COMPLAINT FOR FAILURE TO**
                                       )  **STATE A CLAIM UPON WHICH RELIEF**
16           Defendant.                )  **CAN BE GRANTED**
                                       )
17                                     )  Date:        July 28, 2008
18                                     )  Time:        10:30 a
                                       )  Courtroom:   13
19  _____)
20      Defendant CITI RESIDENTIAL LENDING, INC., sued herein as CITI RESIDENTIAL

21  LENDING (hereinafter "CITI RESIDENTIAL"), hereby submits the following reply to Plaintiff

22  COPERNICO S. MAMERTO's RESPONSE TO DEFENDANT CITI RESIDENTIAL LENDING'S

23  MOTION TO DISMISS, pursuant to the Court's scheduling order of August 5, 2008, requiring that

24  the within reply brief be presented to the court by August 22, 2008.

25
26                          Miles, Bauer, Bergstrom & Winters, LLP
27  Dated: August 22, 2008        _____/s/ Tami S. Crosby_____
                                  Tami S. Crosby
28                                Attorneys for Defendant
                                  CITI RESIDENTIAL LENDING, INC.

DEF. CITI RESIDENTIAL LENDING'S REPLY TO PLT'S OPPOSITION TO DEF'S MOTION TO DISMISS PLT'S
2nd AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
O:\Cv\Cases\Mamerto, Copernico\Pleadings\Reply re Oppo to motion to dismiss 2nd AC.doc

PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1665 Scenic Avenue, Suite 200, Costa Mesa, California 92626-9804.

On 8/22/08, I caused to be personally served a copy of the following document(s):

DEFENDANT CITI RESIDENTIAL LENDING'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

Copernico S. Mamerto, Pro se,     Alan I. White, Esq.
8485 Miguel Vista Place           20281 SW Birch Street, Suite 100
San Diego, CA 92114               Newport Beach, CA 92660
619-472-9924                      (Counsel for Defendant Specialized Loan Servicing)
(Plaintiff, pro se)

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 8/22/08, at Costa Mesa, California.

/s/ Marion Pineda

Marion Pineda

DEF. CITI RESIDENTIAL LENDING'S REPLY TO PLT'S OPPOSITION TO DEF'S MOTION TO DISMISS PLT'S 2nd AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED
O:\Cv\Cases\Mamerto, Copernico\Pleadings\Reply re Oppo to motion to dismiss 2nd AC.doc