MILES, BAUER, BERGSTROM & WINTERS, LLP
Tami S. Crosby, SBN 129021
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
714-481-8355
714-481-9152 Facsimile

Attorneys for Defendant
CITI RESIDENTIAL LENDING, INC.
(Erroneously named herein as CITI RESIDENTIAL LENDING)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| COPERNICO MAMERTO,<br><br>Plaintiff,<br>v.<br><br>CITI RESIDENTIAL LENDING and SPECIALIZED LOAN SERVICING, LLC,<br><br>Defendant. | Case No: 08-CV-0589-H-JMA<br><br>**DECLARATION OF TAMI S. CROSBY IN SUPPORT OF REPLY OF DEFENDANT CITI RESIDENTIAL LENDING, INC. TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>(FRCP 12(B)(6))<br>(Request for Judicial Notice filed Concurrently Herewith)<br><br>Date:       July 28, 2008<br>Time:      10:30 a.m.<br>Courtroom: 13 |

### DECLARATION OF TAMI S. CROSBY

I, Tami S. Crosby, declare as follows:

1.  I am an attorney, duly licensed to practice before the United States District Court, Southern District of California. I am an associate with Miles, Bauer, Bergstrom & Winters, LLP; attorneys of record for Defendant CITI RESIDENTIAL LENDING, INC., named in this action as

1  CITI RESIDENTIAL LENDING, (hereinafter, "CITI RESIDENTIAL").

2. I make this declaration in support of CITI RESIDENTIAL's REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED. The facts recited herein, are of my own knowledge, and if called as a witness I could and would competently testify thereto.

3. Attached hereto, as Exhibit 1, is a true and correct copy of the NOTICE OF RIGHT TO CANCEL that was part of the loan origination file that comprises the loan and Deed of Trust at issue in this case.

4. Attached hereto, as Exhibit 2, is a true and correct copy of the TRUTH IN LENDING DISCLOSURE STATEMENT that was part of the loan origination file that comprises the loan and Deed of Trust at issue in this case.

5. Attached hereto, as Exhibit 3, is a true and correct copy of the BORROWER'S ACKNOWLEDGMENT OF FINAL LOAN TERMS, which was a part of the loan origination file pertaining to the mortgage loan and Deed of Trust at issue in this litigation.

6. The date that MAMERTO entered into the transaction that is the loan and Deed of Trust at issue in this litigation, was the date that MAMERTO executed the NOTICE OF RIGHT TO CANCEL on February 17, 2006, which was also the same date upon which the mortgage loan funded.

7. The date that MAMERTO received the TRUTH IN LENDING DISCLOSURE STATEMENT, as noted in MAMERTO's own writing, was February 17, 2006, as clearly noted on the TRUTH IN LENDING DISCLOSURE STATEMENT.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated: August 22, 2008                    /s/ Tami S. Crosby
                                          Tami S. Crosby
                                          Attorneys for Defendant
                                          CITI RESIDENTIAL LENDING, INC.

# EXHIBIT 1

## NOTICE OF RIGHT TO CANCEL

LENDER:       Argent Mortgage Company, LLC
BORROWER(S): COPERNICO S. MAMERTO

DATE: February 15, 2006
LOAN NO.:  0094408879 - 9506
TYPE:   ADJUSTABLE RATE

ADDRESS:      8485 MIGUEL VISTA PLACE
CITY/STATE/ZIP: SAN DIEGO, CA 92114

PROPERTY:     8485 MIGUEL VISTA PLACE
              SAN DIEGO, CA 92114

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is **DOCUMENT SIGNING DATE 02/15/2006** ; or 2/17/06
2. The date you received your Truth in Lending disclosures; or 2/17/2006
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Argent Mortgage Company, LLC
Attn: Post Close Dept. 19th Floor
3 Park Plaza
Irvine, CA 92614

ATTN:  Post Close Dept.
FAX:    (714)347-1575

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**FINAL DATE TO CANCEL**
2/22/2006
~~02/18/2006~~

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____        _____
SIGNATURE                                DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower, and/or individual with an interest in the property to be taken as collateral in this transaction has the right to cancel. The exercise of this right by one borrower, and/or individual with an interest in the property shall be effective to all borrowers and individuals with an interest in the property.

_Copernico S. Mamerto_     2-17-06
BORROWER/OWNER COPERNICO S. MAMERTO    Date        BORROWER/OWNER MERCEDITA L. MAMERTO    Date

_[signature]_              2-17-06
BORROWER/OWNER             Date        BORROWER/OWNER                                     Date

1064-NRC (06/2005) Rev.01                                              02/15/2006 2:41:50 PM

# EXHIBIT 2

## TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER: Argent Mortgage Company, LLC
One City Boulevard West
Orange, CA 92868
(888)311-4721

[ ] Preliminary   [X] Final

Broker: Curo Banc LLC
707 Broadway Ste 1410,
San Diego, CA 92101

Borrowers: COPERNICO S. MAMERTO

Address: 8485 MIGUEL VISTA PLACE
City/State/Zip: SAN DIEGO, CA 92114

Type of Loan: ADJUSTABLE RATE
Date: February 15, 2006
Loan Number: 0094408879 - 9506

Property: 8485 MIGUEL VISTA PLACE, SAN DIEGO, CA 92114

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 10.351% | $ 981,639.36 | $ 397,095.76 | $ 1,378,735.12 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 24 | $2,533.00 | 04/01/2006 | | | |
| 6 | $3,213.00 | 04/01/2008 | | | |
| 6 | $3,553.00 | 10/01/2008 | | | |
| 24 | $3,697.50 | 04/01/2009 | | | |
| 299 | $3,962.05 | 04/01/2011 | | | |
| 1 | $3,954.17 | 03/01/2036 | | | |

**VARIABLE RATE FEATURE:**
[X] Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 8485 MIGUEL VISTA PLACE, SAN DIEGO, CA 92114

ASSUMPTION: Someone buying this property
[X] cannot assume the remaining balance due under original terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original terms.

PROPERTY INSURANCE: You may obtain property insurance from anyone you want that is acceptable to Argent Mortgage Company, LLC

LATE CHARGES: If a payment is late, you will be charged 6.000% of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
[X] may  [ ] will not  have to pay a penalty.
See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Copernico S. Mamerto_  2-17-06
Borrower COPERNICO S. MAMERTO    Date

_signature_  2-17-06
Borrower MERCEDITA L. MAMERTO    Date

Borrower    Date
Borrower    Date

TIL1 (12/2005) Rev.03

02/16/2006 2:41:50 PM

# EXHIBIT 3

Argent Mortgage Company, LLC
One City Boulevard West
Orange, CA 92868

(888)311-4721

## BORROWER'S ACKNOWLEDGMENT OF FINAL LOAN TERMS

COPERNICO S. MAMERTO

Date: February 15, 2006
Notice: [X] Delivered   [ ] Mailed
Loan Number: 0094408879 - 9506
Description of Credit Request:

8485 MIGUEL VISTA PLACE
SAN DIEGO, CA 92114

[X] 1st Trust Deed/Mortgage   [ ] 2nd Trust Deed/Mortgage
[ ] Other: _____

Property Address: 8485 MIGUEL VISTA PLACE

SAN DIEGO, CA 92114   County of SAN DIEGO

**TYPE OF TRANSACTION:**
[ ] Purchase   [X] Refinance   Other _____

| ORIGINAL LOAN TERMS REQUESTED | FINAL LOAN TERMS: |
|---|---|
| [ ] Fixed Rate Loan  [X] Adjustable Rate Loan | [ ] Fixed Rate Loan  [X] Adjustable Rate Loan |
| Amount Financed: $ 395,834.11 | Amount Financed: $ 397,095.76 * |
| Settlement Charges: $ 12,985.89 (Includes all Prepaid Finance Charges) | Settlement Charges: $ 10,954.24 * (Includes all Prepaid Finance Charges) |
| Loan Amount: $ 408,000.00 | Loan Amount: $ 408,000.00 |
| Annual Percentage Rate: 10.484 % | Annual Percentage Rate: 10.351 %* |
| Term: 360 | Term: 360 |
| Initial Interest Rate: 7.900 % | Initial Interest Rate: 7.450 % |
| Margin: 6.000 % | Margin: 6.000 % |
| Prepayment Penalty: [X] YES [ ] NO | Prepayment Penalty: [X] YES [ ] NO |

Borrower(s) and Argent Mortgage Company, LLC hereby acknowledge that "Final Loan Terms" stated above are based exclusively on information, statements, and representations (all material facts) which have been provided by the borrower(s) which the Lender has relied upon to make this acknowledgement. These "Final Loan Terms" may change prior to loan settlement if Lender subsequently determines or becomes aware of any changes in these material facts. Borrower(s) also acknowledges that if the "Final Loan Terms" change due to a change of material facts, that Lender may require new loan documents to be executed by the borrower(s).

_Cop. S. Mamerto_   2-17-06
Borrower COPERNICO S. MAMERTO   Date

Borrower   Date

Borrower   Date

Borrower   Date

*These amounts may change due to any final adjustments made to the prepaid interest amount collected on your loan at funding.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any rights under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the: FEDERAL TRADE COMMISSION, EQUAL CREDIT OPPORTUNITY, ROOM 4037, WASHINGTON DC, 20580.

STMTCO (Rev. 3/99)

PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1665 Scenic Avenue, Suite 200, Costa Mesa, California 92626-9804.

On 8/22/08, I caused to be personally served a copy of the following document(s):

DECLARATION OF TAMI S. CROSBY IN SUPPORT OF REPLY OF DEFENDANT CITI RESIDENTIAL LENDING, INC. TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

Copernico S. Mamerto, Pro se,   Alan I. White, Esq.
8485 Miguel Vista Place          20281 SW Birch Street, Suite 100
San Diego, California 92114      Newport Beach, 92660
619) 472-9924

(Plaintiff, pro se)              (Counsel for Defendant Specialized Loan Servicing)

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 8/22/08, at Costa Mesa, California.

/s/ Marion Pineda
Marion Pineda

---

- 3 -
DECLARATION OF TAMI S. CROSBY i/s/o REPLY OF DEF. CITI RESIDENTIAL LENDING TO PLT'S OPPO TO DEF'S MTN TO DISMISS 2nd AMEND. COMPLAINT FOR FAILURE TO STATE CLAIM
O:\Cv\Cases\Mamerto, Copernico\Pleadings\Declaration re reply.doc